UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-14050-BLOOM

MICHAEL CORSETTI,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS, *et al.*,

    Respondent.
                             /

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND ESTABLISHING $5.00 DEBT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. [1]. Petitioner has not paid the Clerk's filing fee of $5.00 but filed a motion to proceed *in forma pauperis* pursuant to Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts. ECF No. [2].

It is well settled that proceeding *in forma pauperis* is a privilege, not a right, and permission to so proceed is committed to the sound discretion of the Court. *See Camp v. Oliver*, 798 F.2d 434 (11th Cir. 1986). Likewise, district courts enjoy wide discretion in deciding whether a partial filing fee is fair and appropriate in a particular case. *See Johnson v. Kemp*, 781 F.2d 1570, 1571 (11th Cir. 1986); *see also Collier v. Tatum*, 722 F.2d 653, 657 (11th Cir. 1983).

Review of motion to proceed *in forma pauperis* reveals that Petitioner's current account balance is over $100 and he receives an average monthly deposit of $79.45. ECF No. [2] at 6. Therefore, Petitioner is not entirely indigent and can well afford the Clerk's minimal $5.00 filing fee.

Case No. 21-cv-14050-BLOOM

Accordingly, it **is ORDERED AND ADJUDGED** as follows:

1. Petitioner's motion to proceed *in forma pauperis*, **ECF No. [2]**, is **DENIED**.

2. On or before March 8, 2021, Petitioner shall pay the Clerk's filing fee of $5.00.

3. Petitioner shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

4. Petitioner is cautioned that failure to pay the fee will result in dismissal of this petition.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 4, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Michael Corsetti, *Pro Se*
# 632336
Marion Correctional Institute
Inmate Mail/Parcels
P.O. Box 32663
Lowell, FL 32663

Noticing 2254 SAG Broward and North
Email: CrimAppWPB@MyFloridaLegal.com

Financial Department,
United States District Court,
Southern District of Florida